AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CARAT USA, INC.

V.

BRAVO FOODS INTERNATIONAL CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6888

Judge Hellerstein

TO: (Name and address of Defendant)

Bravo Foods INternational Corp.
11300 U.S. Highway 1
Suite 202
North Palm Beach, Florida 33408

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 3 1 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date               *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**Insert name of court, judicial district or branch court, if any:**

United States District Court, Southern District of New York

| DEPOSITION/COURT DATE: | CASE NUMBER: 07-CV-6888 |
|---|---|

**PLAINTIFF/PETITIONER:** Carat USA, Inc.

**DEFENDANT/RESPONDENT:** Bravo Foods International Corp.

**DOCUMENTS SERVED:** Summons In A Civil Case, Complaint, Individual Rules of US District Judge Hellerstein, Individual Practices of US Magistrate Peck, Consent to Proceed Before a Magistrate Judge, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above referenced action.

Received on **08/02/2007** at **10:14 AM** to be served on:

**Bravo Foods International Corp.**

I do hereby affirm that on **8-3-07** at **11:15AM** served this process by:

✓ **CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Debbie Lieblong**    TITLE: **Receptionist**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
11300 U.S. Highway 1, Suite 202
North Palm Beach, FL 33408

**FOR(Client):**
Robert D. Lillienstein, Esq.
Moses & Singer, LLP
405 Lexington Avenue
New York, NY 10174
212-554-7800

**COMMENTS:** White female, 50's, 5'3, 105 pounds, brown hair, no glasses. Served in suite 400.

**AUTHORIZATION:** I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

**NOTARY:**
Sworn to and subscribed before me on the **5th** day of **August**, 20**07**
by **Wayne Pollick**
x **Susan Rosenberg**
NOTARY PUBLIC
___ Personally Known
___ Produced Identification
Type of identification produced: _____

*Seal: SUSAN ROSENBERG, MY COMMISSION # DD 675106, EXPIRES: June 25, 2011, Bonded Thru Notary Public Underwriters*

**SIGNATURE:**
X _____
**Wayne Pollick** (Print Name)

Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, NY 10007
OUR FILE#: 88206

(Our#3M&S53637)